United States Court of Appeals
Fifth Circuit

**F I L E D**

February 24, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50111
_____

UNITED STATES OF AMERICA

                  Plaintiff - Appellee

                   v.

JUAN SOLIS-CAMPOS

                  Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1636
----------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

     IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for resentencing is GRANTED.

     IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file Appellee's brief fourteen (14) days from the court's denial of Appellee's motion to vacate and remand is DENIED as moot.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.